**IT IS HEREBY ADJUDGED
and DECREED this is SO
ORDERED.**

The party obtaining this order is responsible for
noticing it pursuant to Local Rule 9022-1.

**Dated: July 20, 2009**



_____

**RANDOLPH J. HAINES
U.S. Bankruptcy Judge**

_____

# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**

**SUITE 300**

**PHOENIX, ARIZONA 85016**

**TELEPHONE: (602) 255-6000**

**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-15434/1205021632

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:08-bk-13860-RJH |
| Donald W. Donegan, Sr. and Mary Ann Donegan<br>      Debtors. | Chapter 7 |
| _____ | ORDER |
| U.S. Bank National Association, as Trustee for<br>Credit Suisse First Boston MBS 2003-1<br>      Movant, | (Related to Docket #16) |
|     vs. | |
| Donald W. Donegan, Sr. and Mary Ann Donegan,<br>Debtors, Roger W. Brown, Trustee. | |
|       Respondents. | |

     Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed

Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any,

and no objection having been received, and good cause appearing therefor,

     IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated April 29, 2002 and recorded in the office of the Maricopa County Recorder wherein U.S. Bank National Association, as Trustee for Credit Suisse First Boston MBS 2003-1 is the current beneficiary and Donald W. Donegan, Sr. and Mary Ann Donegan have an interest in, further described as:

Lot 249, of CHEROKEE MOBILE ESTATES, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 164 of Maps, page 44.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this _____ day of _____, 2009.


_____
JUDGE OF THE U.S. BANKRUPTCY COURT